**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable  United States Magistrate Judge

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | MJ 26-2987 JFR | UNITED STATES vs. CROFTON | |
| Hearing Date: | Friday, June 12, 2026 | Time In and Out: | 9:45-9:51 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Rex H B Crofton | Defendant's Counsel: | Irma Rivas (for the limited purpose of this proceeding) |
| AUSA: | Frederick T. Mendenhall III | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant would like Court appointed counsel |

| | | | |
|---|---|---|---|
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |

| | | | |
|---|---|---|---|
| ☒ | Set for Preliminary/Detention Hearing | on Tuesday, June 16, 2026 | @ 9:30 |

**Preliminary/Show Cause/Identity**

| | |
|---|---|
| ☐ | Defendant |
| ☐ | Preliminary Hearing held |

| | | | |
|---|---|---|---|
| ☐ | Court finds | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to      for Final Revocation Hearing |
| ☐ | |