IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-MJ-02987 |
| | ) | |
| **REX H B CROFTON,** | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF LODGING**

The United States gives notice that it will lodge to the Court a flash drive containing the

following items referenced in the United States' Memorandum in Support of Detention (Doc. 10):

1.    Exhibit 1_JCC Front Desk PTZ 2026-06-02_16_37_28_965.mkv

2.    Exhibit 2_JCC Main Entrance Intercom 3 2026-06-02_16_36_51_247.mkv

3.    Exhibit 3_JCC-Front-2 2026-06-02_16_37_28_965.mkv

 Defense counsel has received the referenced exhibits through USAfx.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney

*Filed electronically June 15, 2026*
TAVO HALL
MEG TOMLINSON
Assistant United States Attorneys
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
meg.melick@usdoj.gov

I HEREBY CERTIFY that on June 15, 2026,
I filed the foregoing electronically through the
CM/ECF system, which caused counsel of record
to be served by electronic means, as more fully
reflected on the Notice of Electronic Filing.

*Filed electronically on June 15, 2026*
MEG TOMLINSON
Assistant United States Attorney

2